UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>Plaintiff<br><br>v.<br><br>CURRIER, et al.,<br><br>Defendants | Case No.: 3:23-cv-00115-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 35, 36 |

The court has contemporaneously issued a report and recommendation that Plaintiff's complaint be dismissed on qualified immunity grounds. Therefore, Plaintiff's pending motion for appointment of counsel (ECF No. 35), and Defendants' pending motion to stay discovery (ECF No. 36) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: April 9, 2024

_____
Craig S. Denney
United States Magistrate Judge