UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YOANDY FERNANDEZ MORALES, | Case No. 3:23-cv-00115-ART-CSD |
| Plaintiff - Appellant, | ORDER |
| v. | |
| CURRIER, et al., | |
| Defendants - Appellees. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 22nd day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE